# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SERGIO RODRIGUEZ TORREZ,

                Plaintiff,                         Case Number: 06-CV-15541

v.                                          HONORABLE VICTORIA A. ROBERTS

KENNETH MCKEE, ET AL.,

                Defendants.

_____/

## <u>ORDER OF TRANSFER</u>

        Plaintiff Sergio Rodriguez Torrez has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

        Venue is appropriate in the judicial district where either all defendants reside or where the claims arose.  28 U.S.C. § 1391(b); <u>Al-Muhaymin v. Jones</u>, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place Bellamy Creek Correctional Facility in Ionia, Michigan.  Ionia, Michigan is located in Ionia County, which is in the Western District of Michigan, Southern Division.  *See* 28 U.S.C. § 102(b)(1).  Four of the defendants are located in Ionia, Michigan, and the fifth is located in Lansing, Michigan, all of which are in the Western District of Michigan, Southern Division.  <u>Id.</u>  Therefore, venue is not appropriate in this district, and the Court will transfer the matter to the Western District of Michigan, Southern Division. Because the Court has found that venue is not appropriate in this district, the Court shall not address Plaintiff's Application to Proceed Without Prepayment of Fees and Costs.

        Accordingly, in the interests of justice, the Court exercises its discretion and transfers Plaintiff's case to the United States District Court for the Western District of Michigan, Southern

Division.  The Court **ORDERS** the Clerk of the Court to transfer the Court file to the Western

District of Michigan, Southern Division.


S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE: December 20, 2006